**Order entered December 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01118-CR

**DAVID ALLEN FRONEK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-14-66**

## ORDER

We **GRANT** Official Court Reporter Mary Ann Gilbert's December 5, 2014 request for

an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY**

**DAYS** from the date of this order.

/s/     LANA MYERS
        JUSTICE